# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **AMANDA GOFF individually and as next friend of G.S. and K.S. and as representative of the Estate of DEVISON SERGIO JUSTINO, deceased** § § § § § | |
| **Plaintiffs,** § § | |
| v. § § | **CIVIL NO: 2:18-CV-00430-JRG** |
| **DONALD CURRIER D/B/A D& S BOAT RENTALS and STANLEY ALEXANDER** § § § § § | |
| **Defendants.** § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

COMES NOW Plaintiffs, Amanda Goff individually and as next friend of G.S. and K.S. and as representative of the Estate of Devison Sergio Justino, deceased and Defendants Donald Currier d/b/a D & S Boat Rentals and Stanley Alexander (Plaintiffs and Defendants collectively referred to as the "Parties") hereby file this Joint Motion to Stay all Deadlines and Notice of Settlement.

Defendant Stanley Alexander has not appeared, but the settlement will address all claims asserted against Defendant Stanley Alexander.

Parties affirmatively state that all matters in controversy between the parties have been settled, in principle, and request the Court to Stay all deadlines on the entered Docket Control Order for thirty (30) days, so that appropriate dismissal papers may be submitted.

1

Respectfully submitted,

By: */s/ Cesar Tavares*
**CESAR TAVARES**
State Bar No. 24093726
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
(713) 230-2326 – Telephone
(713) 643-6226 – Facsimile
PIdept@whlaw.com

**GREGORIO, CHAFIN, JOHNSON, POOLSON & TABOR, LLC**
By: */s/ Julie Payne Johnson*
**JULIE PAYNE JOHNSON**
Texas Bar Roll No. 24046601
7600 Fern Avenue, Building 700
Shreveport, LA 71105
Telephone:     (318) 865-8680
Facsimile:      (318) 865-8565
JJohnson@GCJ-Law.com

*Attorneys for Plaintiffs*


By: /s/ Michael T. Runyan
Michael Thomas Runyan
State Bar No. 24033143
**RUNYAN LAW FIRM, PC**
305 West Rusk Street
Marshall, Texas 75670
michael@runyanlaw.com

*Attorneys for Defendant Donald Currier d/b/a D & S Boat Rentals*