# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| AMANDA GOFF individually and as next friend of G.S. and K.S. and as representative of the Estate of DEVISON SERGIO JUSTINO, deceased<br><br>Plaintiffs,<br><br>v.<br><br>DONALD CURRIER D/B/A D& S BOAT RENTALS and STANLEY ALEXANDER<br><br>Defendants. | § § § § § § § § § § § § § § § § §   CIVIL NO: 2:18-CV-00430-JRG |

### Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii)

COMES NOW Plaintiffs, Amanda Goff individually and as next friend of G.S. and K.S. and as representative of the Estate of Devison Sergio Justino, deceased and Defendant Donald Currier d/b/a D & S Boat Rentals who hereby file this Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii).

The parties have resolved this matter pursuant to a confidential settlement agreement. This dismissal is with prejudice with each party responsible for their own costs.

Respectfully submitted,

By: */s/ Cesar Tavares*
**CESAR TAVARES**
State Bar No. 24093726
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
(713) 230-2326 – Telephone
(713) 643-6226 – Facsimile
PIdept@whlaw.com

1

2

*Attorneys for Plaintiffs*

By: /s/ Michael T. Runyan
Michael Thomas Runyan
State Bar No. 24033143
**RUNYAN LAW FIRM, PC**
305 West Rusk Street
Marshall, Texas 75670
michael@runyanlaw.com

*Attorneys for Defendant Donald Currier d/b/a D & S Boat Rentals*

2