# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AMANDA GOFF, INDIVIDUALLY AND AS NEXT FRIEND OF G.S. AND K.S. AND AS REPRESENTATIVE OF THE ESTATE OF DEVISON SERGIO JUSTINO; <br><br>*Plaintiff*, <br><br> v. <br><br> DONALD CURRIER DBA D&S BOAT RENTALS, STANLEY ALEXANDER, <br><br> *Defendants*. | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO.  2:18-CV-00430-JRG |

## ORDER

Before the Court is the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) ("the Stipulation") filed by Amanda Goff individually and as next friend of G.S. and K.S. and as representative of the Estate of Devison Sergio Justino, deceased ("Goff") and Defendant Donald Currier d/b/a D & S Boat Rentals ("Currier") (collectively, "the Parties"). (Dkt. No. 15). In the Stipulation, the Parties represent that this matter has been resolved and that this case should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

In view of the Stipulation, it is **ORDERED** that all claims and causes of action asserted by Goff against Currier in Case No. 2:18-cv-00430-JRG are **DISMISSED WITH PREJUDICE**. All pending requests for relief between the parties are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** Case No. 2:18-cv-00430-JRG.

**So ORDERED and SIGNED this 26th day of March, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE